IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNN E. FELDMAN, as Chapter 7** | : | CIVIL ACTION |
| **Trustee of the Estate of Image Masters, Inc.,** | : | |
| *et al.*, | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | No. 13-290 |
| | : | Jointly Consolidated with 13-291 |
| **ABN AMRO MORTGAGE GROUP INC.,** | : | |
| *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 18th day of August, 2014, upon consideration of Trustee's "Motion of Trustee Lynn E. Feldman for Withdrawal of Reference of Adversary Proceeding No. 09-2143 (REF)" and "Motion of Trustee Lynn E. Feldman for Withdrawal of Reference of Adversary Proceeding No. 09-2092 (REF)" (docs. no. 1), it is hereby **ORDERED** that the motions are **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**